UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

Civil Action No.: 15-cv-2052-CBS

SHARN LUCERO

　Plaintiff,

v.

WINDHAM PROFESSIONALS, INC., a Massachusetts corporation,

　Defendant.

## NOTICE OF SETTLEMENT

COMES NOW the Plaintiff by and through his attorney of record and hereby states:

1. The Plaintiff and Defendant have reached a settlement in this matter.

2. A settlement agreement is being prepared by the parties and their respective counsel.

3. Upon execution of the settlement agreement, the parties intend to file a Notice of Dismissal with Prejudice.

4. The parties expect to file the Notice of Dismissal within twenty-one days.

5. This Notice of Settlement is without prejudice to and shall not constitute a waiver, release or relinquishment of any parties' rights, claims or defenses, in the event the settlement described herein is not implemented for any reason.

Respectfully submitted,

**/s/Troy D. Krenning**
Troy D. Krenning, Esq.
Law Office of Troy D. Krenning, LLC
640 East Eisenhower Blvd., Suite 150
Loveland, Colorado 80537
(970) 292-8290
Email: troy@krenninglaw.com
**Attorney for Plaintiff**

## CERTIFICATE OF SERVICE

I hereby certify that on November 6, 2015, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send electronic notification of such filing to the following email address:

jkeen@gordonrees.com
c/o  John Keen
     Gordon & Rees
     555 Seventeenth Street., Suite 3400
     Denver, CO 80202

                                        ***/s/Mandy Jones***
                                        Paralegal