**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.: 15-cv-2052-CBS

**SHARN LUCERO**

　　**Plaintiff,**

v.

**WINDHAM PROFESSIONALS, INC., a Massachusetts corporation,**

　　**Defendant.**

---

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

---

**COMES NOW** the Plaintiff, by and through his undersigned attorney, notifying this Honorable Court that the parties have settled all issues of this case.  Pursuant to Fed.R.Civ.P.41 (a)(1)(A)(i) the Plaintiff dismisses this case with prejudice.  The parties each shall pay their own attorney fees and costs.

November 18, 2015

Respectfully submitted,

*/s/Troy D. Krenning*
Troy D. Krenning, Esq.
**LAW OFFICE OF TROY D, KRENNING, LLC**
640 East Eisenhower Blvd., Suite 150
Loveland, Colorado 80537
(970) 292-8290
(303) 583-8325
**Attorney for Plaintiff**